# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | CASE NO.: 3:15-CR-00085(VLB) |
| v. ) | |
| ) | |
| ZACHARY KRAMER, ET. AL, ) | |
|     Defendant ) | JULY 31, 2015 |

## DEFENDANT KRAMER'S WAIVER OF SPEEDY TRIAL

The Defendant, ZACHARY KRAMER, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(7)(A).

In support of this waiver, the defendant Kramer states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this wavier, he will be giving up those rights accorded him by the Speedy Trial Act; and

He requests that the Court find the continuance to be in the best interest of the defendant, and that the ends of justice outweigh his interest and the public's interest in a Speedy Trial. Pursuant to the Court's directive and Order dated July 29, 2015 the Defendant respectfully requests that the Court exclude the period of delay until November 3, 2015.

                            THE DEFENDANT, ZACHARY KRAMER

                            By   /s/ ct03510
                                Jennifer L. Zito
                                204 East Main Street, P.O. Box 2455
                                Meriden, CT  06450
                                Phone (203) 238-0808
                                Fax (203) 630-1133
                                Fed. Bar No.: 03510
                                attyjzito@yahoo.com

                            HIS ATTORNEY

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2015 a copy of foregoing Defendant Kramer's Waiver of Speedy Trial was mailed via the U.S. Postal Service, First Class, postage prepaid, to the following parties and all pro se parties of record:

Robert Spector, Esq., AUSA
U.S. Attorney's Office
Connecticut Financial Center
157 Church St., Floor 25
New Haven, CT 06510

William Dow, Esq.
Jacobs & Dow, LLC
350 Orange St.
New Haven, CT06511

John Donovan, Esq.
Donovan & Morello, LLP
154 West St., Building 3
Cromwell, CT 06416

Michael R. Sklaire, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1000
McLean, VA 22102

                                                  _____/s/ ct03510_____
                                                  Jennifer L. Zito