UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE #:  3:15-cr-00085

ZACHARY KRAMER

    Defendant.

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

The defendant, Zachary Kramer, through his undersigned counsel, with the consent of the government, moves this Court for an order modifying the current scheduling order in this case. In support of this motion, the defendant states:

1. The government has been consulted and has no objection to the granting of this motion and agrees that it is in the best interests of justice that it be granted.

2. Defense and the government have been engaged in discussions aimed at a resolution of this matter short of trial. Those discussions have been fruitful and, while not complete,

point to a resolution of this matter without trial. Additional time is needed, however, to resolve certain aspects of any proposed agreement between the parties.

3. Defendant represents to the court that he has, as noted in its previous motion, sought and obtained additional information that is relevant to the case and which has proven helpful in forging a resolution.

4. The anticipated resolution, once finalized, will save valuable court time.

5. The defendant is at liberty and is in full compliance with all conditions of his release.

6. The defendant seeks an additional thirty (30) days for an extension of all deadlines which will result in the following:
    a. The parties Joint Trial Memorandum - November 6, 2015;
    b. Filing of exhibit binders – November 20, 2015;
    c. Jury selection – December 3, 2015.

7. The defendant will forthwith file a speedy trial waiver seeking to exclude the time covered by this requested extension.

8. And for such further reasons as may become apparent upon the hearing of this motion.

        THE DEFENDANT,
        ZACHARY KRAMER


By   /s/ William F. Dow, III
       William F. Dow, III  (ct00161)
       JACOBS & DOW, LLC
       350 Orange Street
       New Haven, CT 06511
       E-Mail:  wdow@jacobslaw.com
       Telephone:  (203) 772-3100
       Facsimile:   (203) 772-1691


       Jennifer Lynn Zito
       Law Offices of Jennifer L. Zito
       204 E. Main St., PO Box 2455
       Meriden, CT 06450-1529
       Email: jenzito@yahoo.com
       Telephone: (203) 238-0808
       Facsimile    (203) 630-1133

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 10/2/15, of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ William F. Dow, III
William F. Dow, III