UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CASE #:  3:15-cr-00085

ZACHARY KRAMER

    Defendant.          NOVEMBER 10, 2015

### UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

The defendant, Zachary Kramer, through his undersigned counsel, requests that he be allowed to travel in the following fashion:

1. He requests permission to stay overnight with a friend who lives at 51 East First Street, New York, New York on his way to Connecticut.

2. He will arrive in Connecticut on Wednesday, November 11, 2015 to prepare to enter a plea on the following day, Thursday, November 12, 2015.

3. He also requests permission to stay in Connecticut on Wednesday and Thursday night.

4. The Government has no objection to the granting of this motion.

5. And for such further reasons as may become apparent upon the hearing of this motion.

>THE DEFENDANT,
>ZACHARY KRAMER
>
>By  /s/ William F. Dow, III
>    William F. Dow, III (ct00161)
>    JACOBS & DOW, LLC
>    350 Orange Street
>    New Haven, CT 06511
>    E-Mail: wdow@jacobslaw.com
>    Telephone: (203) 772-3100
>    Facsimile: (203) 772-1691

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 10, 2015, of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      /s/ William F. Dow, III
                                                      William F. Dow, III